IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RUBEN JAMES SANCHEZ,

      Plaintiff,

vs.                                                  No. CIV 12-1161 JB/KBM

CITY OF ALBUQUERQUE,
a Municipal Entity Organized Under
the Laws of the State of New Mexico, and
JOHN DOE #1, an Officer of the Albuquerque
Police Department, Individually, and
JOHN DOE #2, an Officer of the Albuquerque
Police Department, Individually, and
JOHN DOE #3, an Officer of the Albuquerque
Police Department, Individually,

      Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Court's Memorandum Opinion and Order, filed April 30, 2014 (Doc. 44)("MOO"), in which the Court granted the Defendant City of Albuquerque's Motion to Dismiss, or in the Alternative, Motion for Summary Judgment, filed September 27, 2013 (Doc. 26), dismissed with prejudice Plaintiff Ruben James Sanchez' claims against Defendant City of Albuquerque, and dismissed without prejudice Sanchez' claims against Defendants John Doe #1, John Doe #2, and John Doe #3 pursuant to rule 4(m) of the Federal Rules of Civil Procedure. Because the Court's MOO disposes of all claims and parties before the Court, the Court now enters final judgment in this matter.

      **IT IS ORDERED** that Plaintiff Ruben James Sanchez' claims against Defendant City of Albuquerque are dismissed with prejudice and Sanchez' claims against Defendants John Doe #1, John Doe #2, and John Doe #3 are dismissed without prejudice, and final judgment is entered.

- 2 -

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Jay R. Mueller
Law Office of Jay R. Mueller and Associates
Albuquerque, New Mexico

    *Attorneys for the Plaintiff*

David J. Tourek
  City Attorney
Trisha A. Walker
  Assistant City Attorney
City Attorney's Office
Albuquerque, New Mexico

    *Attorneys for the Defendant City of Albuquerque*